UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-3189-CAS(ASx) | Date | July 13, 2016 |
|---|---|---|---|
| Title | French West, Inc. v. Grifflin Paris Corp, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Connie Lee | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 27, 2016**, why this action should not be dismissed for lack of prosecution as to **defendant GRIFFLIN PARIS CORP.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.

The Order to Show Cause will stand submitted upon the filing of briefs. Plaintiff is advised that the Court will consider the following:

**1)**   An answer by **defendant GRIFFLIN PARIS CORP** or plaintiff's application for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure as to **defendant GRIFFLIN PARIS CORP**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CL |